IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

PRENTESS DESHUN WALKER,      )
                             )
      Petitioner,            )
                             )        CIVIL ACTION NO.
      v.                     )        2:14cv625-MHT
                             )           (WO)
UNITED STATES OF AMERICA,    )
                             )
      Respondent.            )

OPINION

Pursuant to 28 U.S.C. § 2255, petitioner Prentess
Deshun Walker, a federal inmate, filed this lawsuit
seeking habeas relief. This lawsuit is now before the
court on the recommendation of the United States
Magistrate Judge that Walker's writ petition be denied
in part and granted in part, and his motion to amend be
denied as moot. There are no objections to the
recommendation. By agreement of the parties during an
on-the-record conference call on October 18, 2017, that
Walker should be resentenced in full, and after an
independent and de novo review of the record, the court
concludes that the magistrate judge's recommendation

should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of October, 2017.

                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE