IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| PRENTESS DESHUN WALKER, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:14cv625-MHT (WO) |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 51) is adopted.

(2) The 28 U.S.C. § 2255 petition for writ of habeas corpus (doc. no. 2) is granted as to petitioner Prentess Deshun Walker's claim challenging the legality of his sentence for the 18 U.S.C. § 371 conspiracy offense, and is denied in all other respects.

(3) The sentence of petitioner Walker is vacated in full, and he is to be resentenced in full.

(4) Petitioner Walker's motion to amend (doc. no. 50) is denied as moot.

The clerk of the court is DIRECTED to file copies of this judgment, along with the accompanying opinion, in the case, <u>United States of America v. Walker</u>, criminal action no. 2:05-cr-45 (M.D. Ala.).

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of October, 2017.

/s/ Myron H. Thompson<br>**UNITED STATES DISTRICT JUDGE**